Weaver, J.
(concurring). I concur in the order declining to answer the question certified by the United States Bankruptcy Court for the Eastern District of Michigan, because I continue to question this Court’s constitutional authority to hear questions certified from federal courts. See, e.g., In re Certified Questions (Melson v Prime Ins Syndicate, Inc), 472 Mich 1225 (2005); Proposed Amendment of MCR 7.305, 462 Mich 1208 (2000); In re Certified Question Wayne Co v Philip Morris, Inc), 622 NW2d 518 (2001); In re Certified Question (Kenneth Henes Special Projects Procurement, Marketing & Consulting Corp v Continental Biomass Industries, Inc), 468 Mich 109 (2003). Justice Young also questioned this Court’s authority to answer questions certified by the federal courts.[1] Justice Levin also questioned this Court’s authority.[2] Therefore, I decline to answer the question in this case.

 See In re Certified Question Wayne Co v Philip Morris, Inc), 622 NW 2d 518 (2001) (Young, J., concurring).

 See In re Certified Question (Bankey v Storer Broadcasting Co), 432 Mich 438, 462-471 (1989) (separate opinion by Levin, J.).